IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KAREN CORTEZ,

        Plaintiff,

v.                                                    No. CV 21-112 PJK/CG

MAXINE LEVINE, et al.,

        Defendants.

**ORDER GRANTING IN PART JOINT MOTION TO EXTEND
DEADLINE TO SUBMIT JOINT STATUS REPORT**

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadline for Filing Joint Status Report* (the "Motion"), (Doc. 6), filed April 5, 2021. In the Motion, the parties request an extension to April 9, 2021, to file a joint status report pursuant to the Court's *Initial Scheduling Order*, (Doc. 4). (Doc. 6 at 1). The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that the parties shall submit a *Joint Status Report and Provisional Discovery Plan* ("JSR") which follows the sample JSR form available on the United States District Court for the District of New Mexico's website **by April 8, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE