**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KAREN CORTEZ,

      Plaintiff,

v.                                     No. CV 21-112 PJK/CG

MAXINE LEVINE, et al.,

      Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadline for Plaintiff and Defendants to Join Additional Parties and to Amend the Pleadings* (the "Motion"), (Doc. 12), filed May 12, 2021. In the Motion, the parties explain that they are "still drafting a Stipulated Confidentiality Order and need additional time to complete it and produce documents . . . that may assist the parties in determining whether additional parties or amended pleadings are required." (Doc. 12 at 1). As a result, the parties request to modify the deadline for joining additional parties and amending the pleadings set forth in the Court's *Scheduling Order*, (Doc. 10). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for Plaintiff to join additional parties and to amend the pleadings shall be extended to **May 26, 2021**.

**IT IS FURTHER ORDERED** that the deadline for Defendants to join additional parties and to amend the pleadings shall be extended to **June 25, 2021**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 10), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE